NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARRYL L. COOK,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5049

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00870-PEC, Chief Judge Patricia E. Campbell-Smith.

---

**ON MOTION**

---

**O R D E R**

Darryl L. Cook moves "for additional time for stay," which this court construes as a motion for an extension of time to file his informal opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                     COOK v. US

    The motion is granted to the extent that Mr. Cook's opening brief shall be due no later than July 7, 2014. No further extensions should be anticipated.

                                         FOR THE COURT


                                         /s/ Daniel E. O'Toole
                                         Daniel E. O'Toole
                                         Clerk of Court


s30